GRACE W. SAVAGE, Respondent, *v.* DANIEL J. SULLY,
Appellant.

*Savage v. Sully,* 168 App. Div. 131, appeal dismissed.
(Submitted February 22, 1916; decided March 7, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 21, 1915, which reversed an order of Special Term
granting a motion for a permanent injunction to restrain
the plaintiff, judgment creditor, from issuing a second
execution against the person of the defendant, judgment
debtor, after the body of the judgment debtor had been
taken in execution by the sheriff and thereafter released
upon a written instruction from the judgment creditor

given upon the judgment debtor's payment of a certain part of the judgment debt and his agreeing to pay the balance in monthly installments. The judgment debtor having failed to make the agreed payments he was threatened with arrest under the old or a new execution against his person.

*John J. Lordan* for appellant.

*Walter L. Bunnell* for respondent.

Appeal dismissed, with costs, on the ground that it is not from a final order; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.